ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
<u>FORT WORTH DIVISION</u>

JUL 1 4 2000

| | | |
|---|---|---|
| BOBBY JOE HANEY | § | |
| | § | |
| VS. | § | 4:99-CV-450-E |
| | § | |
| GARY JOHNSON | § | |

O R D E R

After an independent review of the record, submissions of the parties, and the proposed findings and recommendations of the Magistrate Judge, the Court makes the following determination.

In the Magistrate Judge Findings, Conclusions and Recommendation filed on May 16, 2000, the Magistrate Judge recommends that the petition for writ of habeas corpus filed by Bobby Joe Haney should be denied. Petitioner Haney has filed objections to the Magistrate Judge's proposed Findings, Conclusions and Recommendations, however Haney's submission does not enumerate any valid, specific objections to the proposed findings and recommendations of the Magistrate Judge. Instead, Haney's "objections" appear to be simply a reiteration of his arguments previously presented in his legal briefs to the Magistrate Judge and to the state courts. Moreover, an independent review by this Court reveals that the Magistrate Judge's very thorough and detailed findings, conclusions and recommendation to deny Petitioner's Writ of Habeas Corpus is correct and should be accepted. <u>See</u> Magistrate Judge's May 16, 2000 Order.[1]

---

[1] In fact, an examination of Haney's "objections" and the § 2254 Petition presented to the Magistrate Judge reveals that the two documents are virtually identical.

ENTERED ON DOCKET

JUL 1 4 2000

U.S. DISTRICT CLERK'S OFFICE

Finding that Petitioner has raised no valid objections to the Magistrate Judge's findings and conclusions, and that those findings and conclusions are proper in light of the record in this case, the Court ORDERS that the Findings, Conclusions and Recommendations of the Magistrate Judge are accepted. A final judgment denying Bobby Joe Haney's petition for writ of habeas corpus shall be entered herewith. Any additional relief not specifically addressed herein is DENIED.

Signed this  14th  day of  July , 2000.

                                    ELDON B. MAHON
                                UNITED STATES DISTRICT JUDGE